IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT J. ACCARDI | : | CIVIL ACTION |
| v. | : | |
| DUNBAR ARMORED, INC., ET AL. | : | NO. 13-1828 |

## ORDER

**AND NOW**, this 13th day of August, 2013, upon consideration of Plaintiff's Motion to Remand (Docket No. 5), and Defendants' response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.